IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

STEVEN TABER,
    Plaintiff,

v.                                                     Civil Action No. 3:19cv919 (DJN)

WARDEN J. ANDREWS,
    Defendant.

**MEMORANDUM OPINION**

This matter comes before the Court on its initiative. By Memorandum Order entered on January 13, 2020, the Court conditionally docketed Plaintiff's civil action. (ECF No. 2). At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States his belief that he is entitled to relief;
    (C)    Avers that he is unable to prepay fees or give security therefor; and,
    (D)    Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the orders of this Court. Plaintiff failed to return a completed *in forma pauperis* affidavit form and a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be hereby DISMISSED WITHOUT PREJUDICE.

An appropriate order will issue.

The Clerk is directed to send a copy of this Memorandum Opinion to all counsel of record and *pro se* Plaintiff at his address of record.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: March 5, 2020